1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Maria Guzman DeLimon

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARIA GUZMAN DELIMON,          ) Case No.: 2:13-cv-05973-RNB
                                  )
12         Plaintiff,             ) [PROPOSED] ORDER AWARDING
                                  ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                        ) ATTORNEY FEES AND EXPENSES
                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting      )
   Commissioner of Social Security,)
15                                )
           Defendant              )
16 _____)

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $1,500.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

   DATE: May 20, 2014
22
                                    _____
23                                  THE HONORABLE ROBERT N. BLOCK
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-